```
UNITED STATES DISTRICT COURT                                    C/M
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                            :
JOSEPH ROBERTS PETTY,                                       :
                                                            :
                        Plaintiff,                          :
                                                            :     ORDER
            - against -                                     :
                                                            :     19-cv-144 (BMC) (RER)
SCOTT M. DAVIS, ESQ., CAROL SEIGEL,                         :
ESQ., LAUREN PARSONS, Assistant District                    :
Attorney, RUSSELL ROTHBERG, ESQ., and                       :
RICHARD L. BUCHTER,                                         :
                                                            :
                        Defendants.                         :
----------------------------------------------------------- X
```

**COGAN**, District Judge.

Plaintiff *pro se* brought this action for violation of his civil rights in connection with his incarceration at the Vernon C. Bain Center. Plaintiff did not pay the filing fee nor did he file an application to proceed *in forma pauperis* or the prisoner authorization form required by the Prison Litigation Reform Act (the "PLRA"). Failure to submit these documents "is grounds for dismissal of an incarcerated plaintiff's complaint." Sanders v. United States, No. 17-cv-3593, 2018 WL 3148348, at *2 (E.D.N.Y. June 27, 2018).

By letter dated January 8, 2019, plaintiff was provided with the proper forms and was instructed to either pay the filing fee or return the completed forms within 14 days from the date of the letter. Plaintiff then submitted the *in forma pauperis* application but has not submitted the PLRA form. Plaintiff's complaint is therefore dismissed without prejudice.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken

in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. See

Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**SO ORDERED.**

                                                                                    _____
                                                                                    U.S.D.J.

Dated: Brooklyn, New York
           February 7, 2019