UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JOSEPH ROBERTS PETTY,

                    Plaintiff,

      JUDGMENT
      19-cv-144 (BMC) (RER)

      -against-

SCOTT M. DAVIS, ESQ., CAROL SEIGEL,
ESQ., LAUREN PARSONS, Assistant District
Attorney, RUSSELL ROTHBERG, ESQ., and
RICHARD L. BUCHTER,

                    Defendants.
------------------------------------------------------------ X

      An Order of Honorable Brian M. Cogan, United States District Judge, having been filed on February 7, 2019, dismissing Plaintiff's complaint without prejudice; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).; it is

      ORDERED and ADJUDGED that Plaintiff's complaint is dismissed without prejudice; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, NY                                             Douglas C. Palmer
February 8, 2019                                               Clerk of Court

                                                      By:    /s/*Jalitza Poveda*
                                                                 Deputy Clerk